**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 3 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50530 |
| Plaintiff-Appellee, | D.C. No. 2:06-cm-00039-UA |
| v. | |
| LAMONT TYSHAWN TARKINGTON, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted June 26, 2017**

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

California state prisoner Lamont Tyshawn Tarkington appeals pro se from

the district court's denial of his motion for disclosure of cell site and cell tower

records obtained by a federal grand jury under Federal Rule of Criminal Procedure

6(e)(3)(E)(i). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Tarkington's motion was accompanied by copies of the records he seeks. Although he contended that the records were altered and incomplete, he adduced no evidence to support his claim. Under these circumstances, the district court did not abuse its discretion in denying Tarkington's motion. *See Douglas Oil Co. of California v. Petrol Stops Northwest*, 441 U.S. 211, 228 (1979) (district court's decision under Rule 6(e) reviewed for abuse of discretion).

**AFFIRMED.**